UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| **THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY** | : : : : | Case No. 5:23-cv-00155-BJB |
| | : | Judge Benjamin Beaton |
| Plaintiff, | : : | |
| v. | : : : | |
| **JEREMY FONTENOT, et al.** | : : | **NOTICE OF UNDERLYING SETTLEMENT** |
| Defendants. | : : | |

COMES NOW The Cincinnati Specialty Underwriters Insurance Company ("CSU"), by and through counsel, and submits notice of the settlement of the underlying litigation, Michaela E. Wells as a Parent and Next Friend of R.H., a minor v. Empire Homes Capital Group, LLC pending in the Marshall County Circuit Court of Kentucky, Case No. 23-CI-00329 ("the Underlying Lawsuit"). As this Declaratory Judgment Action filed by CSU involves insurance coverage issues relevant to the Underlying Litigation, the resolution of the Underlying Litigation resolves the disputes between the parties herein.

Accordingly, CSU respectfully requests that this Court hold the Scheduling Order and all pending motions in abeyance until such time as the settlement of the Underlying Litigation can be finalized and the Underlying Litigation dismissed with prejudice, after which time CSU will file a Notice of Dismissal.

Respectfully submitted,

FLAGEL & PAPAKIRK LLC

/s/*Kimberly A. Kyle*
Kimberly A. Kyle (88781)
Colleen M. Blandford (88098)
50 E Business Way, Suite 410
Cincinnati, OH 45241
Phone: (513) 984-8111
Fax: (513) 984-8118
Email: kkyle@fp-legal.com
Email: cblandford@fp-legal.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing was filed on this 5th day of July 2024, electronically through the Court's ECF system, which will send electronic notification to all parties of record.

/s/ *Kimberly A. Kyle*
Kimberly A. Kyle (88781)