UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| **THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY** : : : : **Plaintiff,** : : : **v.** : : **JEREMY FONTENOT, et al.** : : : **Defendants.** : | Case No. 5:23-cv-00155-BJB<br><br>Judge Benjamin Beaton<br><br>**<u>STIPULATION OF DISMISSAL WITHOUT PREJUDICE</u>** |

Comes now the Plaintiff, The Cincinnati Specialty Underwriters Insurance Company, and Defendants Empire Homes Capital Group, LLC and Michaela E. Wells, as Parent and Next Friend of R.H., a Minor, by and through counsel, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims asserted in the within matter by Plaintiff against Defendants Empire Homes Capital Group, LLC and Michaela E. Wells, as Parent and Next Friend of R. H., a Minor, shall be and hereby are dismissed without prejudice.  Further, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Cincinnati Specialty Underwriters Insurance Company, by and through counsel, further gives notice of dismissal without prejudice of all claims asserted in the within matter by Plaintiff against Defendants Jeremy Fontenot and Harley Rone aka Harley Wood as Parent and Next Friend of A. R., a Minor, who have served neither an answer nor a motion for summary judgment.

/s/ *Kimberly A. Kyle*
Kimberly A. Kyle (88781)
Colleen M. Blandford (88098)
FLAGEL & PAPAKIRK LLC
50 E Business Way, Suite 410
Cincinnati, OH 45241
Phone: (513) 984-8111
Fax: (513) 984-8118
Email: kkyle@fp-legal.com
Email: cblandford@fp-legal.com
*Attorneys for Plaintiff*

/s/ *Jonathan R. Oliver* (per 8/5/24 email authorization)
Jonathan R. Oliver, Esq.
Olsen & Oliver, PLLC
806 Clark St.
P.O. Box 388
Paducah, KY 42002
Phone: 270-575-3500
Fax: 270-575-1975
jonathan@olsenlawoffice.com
*Attorney for Defendant Empire Homes Capital Group, LLC*

/s/ *Erin Stemle* (per 8/5/24 email authorization)
Erin Stemle (98921)
Alex R. White, PLLC
904 Minoma Ave.
Louisville, KY 40217
Phone: 502-882-7552
erin@arwhitelaw.com
*Attorney for Defendant Michaela E. Wells, Parent & Next Friend of RH, minor*